UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Aileen M. Cannon**

| | |
|---|---|
| _Harte Hanks, Inc. v. Castaneda, et al._ | Case No: 19-CV-62134 |
| _Aspen Corporations, Inc. v. Mundt, et al._ | Case No: 19-CV-62797 |
| _Ferry v. Bell, et al._ | Case No: 19-CV-81084 |
| _Segev v. Lynn University, et al._ | Case No: 19-CV-81252 |
| _Kantis Enterprises, LLC, et al. v. Kelley, Fulton & Kaplan_ | Case No: 19-CV-81711 |
| _Aguiar v. M.J. Peter & Associates, Inc., et al._ | Case No: 20-CV-60198 |
| _Bell v. Macy's Corp. Services, et al._ | Case No: 20-CV-60338 |
| _Special Needs Group, Inc. et al v. Garnett, et al._ | Case No: 20-CV-60393 |
| _Talarchyk v. US Trustee_ | Case No: 20-CV-60503 |
| _Rechul v. Crisp Marketing, LLC_ | Case No: 20-CV-61042 |
| _Ritchie, et al. v. Matthew A. Dolman, P.A., et al._ | Case No: 20-CV-61047 |
| _MedPro Billing, Inc. v. Taylor Recovery Center, LLC, et al._ | Case No: 20-CV-61736 |
| _Kinney v. Mindsize, LLC, et al._ | Case No: 20-CV-62094 |
| _Pirlein v. Ethicon, Inc., et al_ | Case No: 20-CV-62202 |
| _Vitale-Renner v. Sixt Rent-A-Car, LLC, et al._ | Case No: 20-CV-62289 |
| _PF Sunset View, LLC, et al. v. Atlantic Specialty Insurance Co._ | Case No: 20-CV-81224 |
| _Ponder Waters, et al. v. Wilmington Savings Fund Society FSB_ | Case No: 20-CV-81870 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed District Judge Aileen M. Cannon.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (*See* Internal Operating Procedures, Section 2.05.03-2.05.04).  It is hereby

**ORDERED** that the above-styled actions are **REASSIGNED** to the calendar of the **Honorable Aileen M. Cannon** as of November 23, 2020, for all further proceedings.  It is further

**ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Judge Aileen M. Cannon.**  It is further

**ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Aileen M. Cannon**.  It is further

**ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials **AMC** in lieu of the present initials.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:  All counsel of record / *pro se* parties